## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LARRY MILBY, IN HIS INDIVIDUAL CAPACITY, AND SOUTHERN CHRISTIAN MINISTRIES | : No. 275 WAL 2018 |
| | : |
| | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| CHYRELL POTE, EXECUTRIX OF THE ESTATE OF MARGARET B. SHAW, A/K/A MARGARET D. SHAW, A/K/A MARGARET SHAW; CHYRELL POTE, TERRY SHAW, AND ALL UNKNOWNS CHRYELL POTE, EXECUTRIX OF THE ESTATE OF MARGARET B. SHAW, A/K/A MARGARET D. SHAW, A/K/A MARGARET SHAW | : |
| v. | : |
| SOUTHERN CHRISTIAN MINISTRIES, LARRY MILBY, TRUSTEE | : |
| PETITION OF: LARRY MILBY, IN HIS INDIVIDUAL CAPACITY, AND SOUTHERN CHRISTIAN MINISTRIES AND SOUTHERN CHRISTIAN MINISTRIES, LARRY MILBY, TRUSTEE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.